Same case below, 613 F.3d 1174.

**No. 10-7296. Joaquin Mario Valencia-Trujillo, Petitioner v. United States.**

562 U.S. 1077, 131 S. Ct. 682, 178 L. Ed. 2d 507, 2010 U.S. LEXIS 9168.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 380 Fed. Appx. 936.

**No. 10-7298. Haleodora Zepeta, Petitioner v. United States.**

562 U.S. 1077, 131 S. Ct. 682, 178 L. Ed. 2d 507, 2010 U.S. LEXIS 9280.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 389 Fed. Appx. 907.

**No. 10-7299. Otis Waldron, Petitioner v. United States.**

562 U.S. 1077, 131 S. Ct. 682, 178 L. Ed. 2d 507, 2010 U.S. LEXIS 9222.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 389 Fed. Appx. 283.

**No. 10-7310. Jonathan Terrell Bernard, Petitioner v. United States.**

562 U.S. 1077, 131 S. Ct. 683, 178 L. Ed. 2d 507, 2010 U.S. LEXIS 9365.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 380 Fed. Appx. 801.

**No. 10-7317. Ramiro Alvarado-Flores, Petitioner v. United States.**

562 U.S. 1077, 131 S. Ct. 683, 178 L. Ed. 2d 507, 2010 U.S. LEXIS 9316.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 390 Fed. Appx. 735.